In the Matter of the Claim of DAISY BRENCHLEY, Respondent, against INTERNATIONAL HEATER COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued May 12, 1930; decided June 3, 1930.)

*Clarence B. Tippett* for appellants.

*Hamilton Ward*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.